# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Amy J. St. Eve | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 8343 | **DATE** | 3/22/2012 |
| **CASE TITLE** | Hard Drive Productions v. John Doe | | |

**DOCKET ENTRY TEXT**

Joint status report should be filed by 4/2/12. Status hearing set for 4/9/12 at 9:30 a.m. in courtroom 1241. All other status hearings are stricken.

■[ For further details see text below.]   Notices mailed by Judicial staff.

## STATEMENT

### INITIAL STATUS REPORT

This case has been re-assigned from Judge Hibbler to the calendar of Judge St. Eve. To assist the court in acquiring the requisite knowledge of the case, it is hereby ordered:

On or before April 2, 2012, counsel are to confer, prepare and file a joint status report, not to exceed five pages. If defendant's counsel has not yet filed an appearance, the status report should be prepared by plaintiff's counsel. The report shall provide the following information in the following format:

1. **Nature of the Case**

    A. Identify the attorneys of record for each party.
    B. State the basis for federal jurisdiction.
    C. Generally describe the nature of the claims asserted in the complaint and any counterclaims.
    D. Describe the relief sought by the plaintiff(s).
    E. List the names of any parties who have not been served.

| | Courtroom Deputy Initials: | KF |
|---|---|---|

2. **Pending Motions and Case Plan**

   A. A brief description of all pending motions, including the date the motion was filed and the briefing schedule.
   B. A brief description of any discovery that has been taken, any discovery that remains to be taken, and any discovery schedules that have been set.
   C. A brief description of all substantive rulings that have been issued in the case.
   D. All anticipated motions.
   E. With respect to trial, indicate the following:
      1. Whether a jury trial is requested; and
      2. The probable length of trial; and
      3. When the parties anticipate the case will be ready for trial.

3. **Referrals and Settlement**

   A. Whether the case has been referred to the designated Magistrate Judge for discovery supervision and/or a settlement conference.
   B. Indicate whether any settlement discussions have occurred and the status of settlement discussions.
   C. Whether the parties request a settlement conference.
   D. Whether the parties consent unanimously to proceed before a Magistrate Judge.

This matter is set for a status conference on April 9, 2012 at 9:30 a.m. in courtroom 1241. The principal trial attorney for each party shall appear at that time to discuss all aspects of the case. The attorneys are directed to provide copies to chambers of all pending summary judgment and motion to dismiss briefing before the April 9 status.