**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Hard Drive Productions, Inc.
                            Plaintiff,

v.                                         Case No.: 1:11–cv–08343
                                                   Honorable Amy J. St. Eve

John Doe
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 10, 2012:

       MINUTE entry before Honorable Amy J. St. Eve:Status hearing held on 5/10/2012. Plaintiff's oral motion to dismiss without prejudice with leave to reinstate by 6/11/12 is granted. After 6/11/12, said dismissal will be with prejudice. All other pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.